UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uproar Entertainment<br><br>                    Plaintiff,<br><br>v.<br><br>Robert Collins et al<br><br>                    Defendants. | Case No.  CV 16-07288-AB (MRWx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.


Dated:  November 27, 2017          _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE